TALENT KNITS INC.
v.
BONDATEX MILLS, INC.

July 10, 1979.   Petition for certification denied.

RAYNOR REALTY CO.
v.
WEST JERSEY TITLE AGENCY OF GLOUCESTER COUNTY.

July 10, 1979.   Petition for certification denied.

GERRIT J. DIJKSTRA v. JAN WESTERINK.

July 10, 1979.   Petition for certification denied.   (See 168 *N.J.Super.* 128).

FRANZ AND MARGARET KOENIG v. GENERAL
FOODS CORPORATION.

July 10, 1979.   Petition for certification denied.

EMERY AIR FREIGHT CORPORATION v. JEM RECORDS.

July 10, 1979.   Petition for certification denied.

SERGIO RODRIGUEZ v. KEARNY SMELTING & REFINING CO.

July 10, 1979.   Petition for certification denied.